**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL WARREN** and **CLAYTON SIMMONS,**

        Plaintiffs,

-vs-                              Case No. 6:07-cv-2043-Orl-22DAB

**OPENMARKET, INC.; VERISIGN, INC.** and **M-QUBE, INC.,**

_____

**ORDER**

Upon the Court's review of this case, it is ORDERED as follows:

1. Plaintiffs' Motion for Order of Voluntary Dismissal Without Prejudice (Doc. No. 56), filed on June 13, 2008, is GRANTED insofar as it seeks an order dismissing this action without prejudice. The Court does not construe the motion as also requesting a tolling order; to the extent it might be read that way, such request is denied.

2. This case is DISMISSED, WITHOUT PREJUDICE.

3. Each party shall bear that party's own fees and costs.

4. The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 26, 2008.

                                                    ANNE C. CONWAY
                                                    United States District Judge

Copies furnished to:

Counsel of Record

Unrepresented Party