Middle District of Florida

In Re: Jonathan Lee Riches,

v.            <u>Notice of Appeal</u>

Various Defendants
Case #'s:
Ault v. Walt Disney World, 6:07-CV-1785
Harvey v. Lake Buena Vista, 6:07-CV-1641
Warren v. Openmarket, 6:07-CV-2043
Cruz v. Petty transportation, 6:08-CV-498
Rasmussen v. Central Florida Council Boy Scouts of America, 6:07-CV-1091
Gonzalez v. Pirelli tire, 6:08-CV-315

<u>Notice of Appeal</u>

Jonathan Lee Riches moves to Appeal the denial of his intervention in these cases to the 11th circuit court of Appeals
6:07-CV-1785; 6:07-CV-1641; 6:07-CV-2043;
6:08-CV-498; 6:07-CV-1091; 6:08-CV-315
I move to Appeal these cases to the 11th circuit.

Respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400