# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 19 2008
THOMAS K. KAHN
CLERK

No. 08-14087-B

VALPAK DIRECT MARKETING SYSTEMS, INC.
a Delaware corporation,

Plaintiff-Counter-Defendant,

versus

HIATT GROUP, LLC, a Texas
limited liability company,
JOHN DAVID HIATT, an individual,
GAIL BENSON HIATT, an individual,

Defendants-Counter-Claimants-Appellees,

JONATHAN LEE RICHES,

Movant-Appellant.

No. 08-14485-G

6:07 cv 1641

RICKY HARVEY
CHRISTINE ANN HARVEY,

Plaintiffs,

versus

LAKE BUENA VISTA RESORT, LLC,

Defendant-Appellee,

JONATHAN LEE RICHES,

Movant-Appellant.

SCANNED

No. 08-14488-F

6: 07 cv 2043

MICHAEL WARREN,
individually and on behalf of a class
of similarly situated individuals,
CLAYTON SIMMONS,
individually and on behalf of a class
if similarly situated individuals,

          Plaintiffs,

JONATHAN LEE RICHES,

          Movant-Appellant,

versus

OPENMARKET, INC.,
VERISIGN, INC.,

          Defendants-Appellees.

No. 08-14690-B

ROBERT A. HULL,

          Plaintiff,

versus

COMMISSIONER OF SOCIAL SECURITY,

          Defendant-Appellee,

JONATHAN LEE RICHES,

          Movant-Appellant.

---

No. 08-14691-G

---

BELAFONTE LOPEZ ROSIER,

                                                Plaintiff,

JONATHAN LEE RICHES,

                                                Movant-Appellant,

versus

DON HUNTER, Sheriff,
CHRIS FREEMAN, Capt., et al.,

                                                Defendants,

BETH ANN HANSEN, Sgt.

                                                Defendant-Appellee.

---

No. 08-14694-F

---

ANNYLUS JEAN PIERRE,

                                                Petitioner,

JONATHAN LEE RICHES,

                                                Movant-Appellant,

versus

MICHAEL B. MUKASEY,
Attorney General of the United States,
MICHAEL CHERTOFF, Secretary, U.S.

Department of Homeland Security,
ET AL.,

                                                                             Respondents-Appellees.

No. 08-14697-A

GETRO MILIEN,

JONATHAN LEE RICHES,

                                                                           Petitioner,

                                                                           Movant-Appellant,

versus

MICHAEL B. MUKASEY, Attorney General of the United States,
MICHAEL CHERTOFF,
Secretary, U.S. Department of Homeland Security, ET AL,

                                                                     Respondents-Appellees.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE: BIRCH, DUBINA and PRYOR, Circuit Judges.

BY THE COURT:

Our review of these appeals filed by Appellant Jonathan Lee Riches has shown that the appeals are frivolous as contemplated by 28 U.S.C. § 1915(g). Accordingly, pursuant to Eleventh Circuit Rule 42-4, we sua sponte DISMISS these appeals AS FRIVOLOUS.

4

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 19, 2008

Jonathan Lee Riches (40948-018)
Williamsburg FCI
PO BOX 340
SALTERS  SC  29590-0340

**Appeal Number: 08-14488-F**
Case Style: Michael Warren v. Openmarket, Inc.
District Court Number: 07-02043 CV-ORL-22-DAB

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

Encl.

DIS-4  (3-2005)